RICHARD MAC BRIDE, SB# 199695
LAW OFFICES OF RICHARD A. MAC BRIDE
855 Marina Bay Parkway, Suite 210
RICHMOND, CA 94804
Phone 415-730-6289
Fax 510-439-2786
Attorney for Plaintiff Oscar Ramos

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Oscar Ramos,<br><br>　　　　　Plaintiff,<br><br>Vs.<br><br>Taqueria el Gran Taco, Inc., et al.,<br><br>　　　　　Defendants. | Case Number 24-7616 LJC<br><br>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE |

Plaintiff Oscar Ramos, through his attorney of record, Richard A. Mac Bride, hereby provides notice of voluntary dismissal with prejudice of this matter as against all defendants and as to all causes of action, and requests that the clerk of the Court enter the appropriate notation on the Court's docket.

Law Offices of Richard A. Mac Bride

By: Richard A. Mac Bride /s/ Richard A. Mac Bride

Attorney for Plaintiff Oscar Ramos

December 11, 2024

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE  – 24-7616 LJC

-1-